■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERONICA JOHNSON, Also Known as VERONICA WRIGHT, Appellant. — Appeal by defendant from a judgment of the County Court, Rockland County (Edelstein, J.), rendered November 1, 1982, convicting her of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

In light of the overwhelming proof of guilt and the court's curative instructions delivered in a timely fashion, we find that the prosecutor's conduct at trial and his summation did not so unduly prejudice defendant as to deprive her of a fair trial. We further find that with regard to a number of the claimed errors, no objections were made and therefore they were not preserved for review. However, we stress that we do not condone the conduct of the prosecutor during the course of the trial, nor his summation, and under other circumstances, the result might be different. Mollen, P. J., Titone, Weinstein and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP LITIZIA, Appellant. — Appeals by defendant from two judgments of the Supreme Court, Queens County (Savarese, J.), both rendered November 17, 1980, convicting him of robbery in the second degree and criminal possession of a weapon in the third degree, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Thompson, Bracken and O'Connor, JJ., concur.